**MAYER BROWN LLP**
Dale J. Giali (SBN 150382)
*dgiali@mayerbrown.com*
Keri E. Borders (SBN 194015)
*kborders@mayerbrown.com*
Rebecca B. Johns (SBN 293989)
*rjohns@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, California 90071-1503
Telephone:   (213) 229-9500
Facsimile:   (213) 576-8122

**DECHERT LLP**
Hope Freiwald (*pro hac vice* to be filed)
*hope.freiwald@dechert.com*
2929 Arch Street,
Philadelphia, PA 19104-2808
Telephone:   (215) 994-4000
Facsimile:   (215) 994-2222

Mark Cheffo (*pro hac vice* to be filed)
*mark.cheffo@dechert.com*
1095 Avenue of the Americas,
New York, NY, 10036-6797
Telephone:   (212) 698-3500
Facsimile:   (212) 994-3599

Christina Sarchio (*pro hac vice* to be filed)
*christina.sarchio@dechert.com*
1900 K Street, NW,
Washington, DC, 20006-1110
Telephone:   (202) 261-3300
Facsimile:   (202) 261-3333

*Attorneys for Defendants PLUM, PBC and PLUM, INC., d/b/a PLUM ORGANICS*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KELLY MCKEON and JOSH CRAWFORD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLUM, PBC; and PLUM, INC., d/b/a PLUM ORGANICS,<br><br>Defendant. | Case No. 3:21-cv-01113-EMC<br><br>**STIPULATION EXTENDING DEFENDANT'S RESPONSE DATE TO THE COMPLAINT**<br><br>Complaint Filed: 2/15/2021 |

1

1     Pursuant to Civil Local Rule 6-1, plaintiffs Kelly McKeon and Josh Crawford ("Plaintiffs") and defendants Plum, PBC and Plum, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on February 15, 2021, Plaintiffs filed their initial complaint in this matter (ECF No. 1);

WHEREAS, on February 18, 2021, Plaintiffs served Defendants with summons and complaint;

WHEREAS, based on the February 18, 2021 service, the last day for Defendants to respond to the complaint is March 11, 2021;

WHEREAS, the Parties have met and conferred and have agreed to extend the deadline by which Defendants must respond to the complaint by thirty (32) days, such that Defendants' response will be due on or before April 12, 2021; and

WHEREAS, the Parties have not previously sought an extension to the time to respond to the complaint; and

WHEREAS, the response date to which the Parties have stipulated will not impact any previously scheduled dates in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties and through their respective counsel, subject to approval from the Court, that Defendants shall respond to the complaint by April 12, 2021.

Dated: March 1, 2021

MAYER BROWN LLP
Dale J. Giali
Keri E. Borders
Rebecca B. Johns

DECHERT LLP
Hope Friewald
Mark Cheffo
Christina Sarchio

by: /s/ *Dale J. Giali*
      Dale J. Giali
Attorneys for Defendants
PLUM, PBC and PLUM, INC., d/b/a/ PLUM ORGANICS

| | | |
|---|---|---|
| 1 | Dated: March 1, 2021 | GUSTAFSON GLUEK PLLC |
| | | Dennis Stewart |
| 2 | | Daniel E. Gustafson |
| | | Amanda M. Williams |
| 3 | | Raina C. Borrelli |
| | | Mary M. Nikolai |

Dated: March 1, 2021

GUSTAFSON GLUEK PLLC
Dennis Stewart
Daniel E. Gustafson
Amanda M. Williams
Raina C. Borrelli
Mary M. Nikolai

WEXLER WALLACE, LLP
Kenneth A. Wexler
Kara A. Elgersma

TAUS, CEBULASH & LANDAU, LLP
Kevin Landau
Miles Greaves

SALTZ, MONGELUZZI & BENDESKY, P.C.
Simon B. Paris
Patrick Howard

SAUDER SCHELKOPF
Matthew D. Schelkopf
Lori G. Kier
Davina C. Okonkwo

by: */s/ Dennis Stewart*
     Dennis Stewart
Attorneys for Plaintiffs
KELLY MCKEON and JOSH CRAWFORD

**ATTESTATION**

I, Dale J. Giali, hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each signatory.

by: */s/ Dale J. Giali*
     Dale J. Giali